tion to Supplement the Record, and the Application to File Reply are **DENIED.**

Joseph **CHAMBERLAIN**, Petitioner

v.

Honorable **WOODS–SKIPPER**, Respondent.

No. 74 EM 2011.

Supreme Court of Pennsylvania.

Oct. 28, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 28th day of October, 2011, the "Petition for Review" is **DE-NIED.** The Prothonotary is directed to strike the name of the jurist from the caption.

**NEWMAN DEVELOPMENT GROUP OF POTTSTOWN, LLC.,** Respondent

v.

**GENUARDI'S FAMILY MARKETS, INC. and Safeway Inc.,** Petitioners.

Supreme Court of Pennsylvania.

Nov. 1, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 1st day of November, 2011, the Petition for Allowance of Appeal is **GRANTED,** limited to the following issue, as very slightly edited from Petitioner's phrasing:

> Did the Superior Court err in quashing Genuardi's appeal for failure to file a post-trial motion, where the appeal was from the trial court's recalculation of damages in accordance with the Superior Court remand order and where no additional evidence was received?

Julius W. **DODSON**, Petitioner

v.

**Montgomery County District Court Administrator Michael R. KEHS, Montgomery County Clerk of Courts Ann Thornburg Weiss, Respondents.**

Supreme Court of Pennsylvania.

Nov. 1, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 1st day of November, 2011, the Petition for Allowance of Appeal is hereby **GRANTED.** The order of the Commonwealth Court is **REVERSED** and the matter is **REMANDED** to the Commonwealth Court for a determination of

the merits. *See Richardson v. Peters et. al.,* —— Pa. ——, 19 A.3d 1047 (2011).